**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **KEVIN GARDEN, 1131076,** ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:07-CV-492-D |
| ) | |
| **NATHANIEL QUARTERMAN,** ) | |
| Director TDCJ-CID, ) | |
| Respondent. ) | |

## ORDER

After conducting a *de novo* review, the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

June 30, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE